MICHELE BECKWITH
Acting United States Attorney
ADRIAN T. KINSELLA
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

**FILED**

Feb 14, 2025

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN THE MATTER OF THE APPLICATION OF THE UNITED STATES OF AMERICA FOR SEARCH WARRANT CONCERNING:<br><br>THE RESIDENCE AT 8249 PRIOR WAY, ANTELOPE, CA, 95843; A 2022 TOYOTA CAMRY BEARING LICENSE PLATE # 8YYE517; THE PERSON OF RUBY URIBE; AND THE PERSON OF RENE ROMO | [PROPOSED] ORDER TO UN-SEAL SEARCH WARRANT;<br><br>2:22-sw-0915 DB |

## ORDER TO UNSEAL

Upon application of the United States of America and good cause having been shown,

IT IS HEREBY ORDERED that the files in the above-captioned matter be unsealed.

Dated: February 14, 2025

The Honorable Sean C. Riordan
UNITED STATES MAGISTRATE JUDGE

[PROPOSED] ORDER TO UNSEAL SEARCH WARRANTS